**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 4040**<br>**NEWARK, NJ 07101**<br>**973-776-7862** |

## LETTER ORDER

**Re:**    **American Board of Internal Medicine v. Salas Rushford, M.D.**
**Civil Action No. 2:14-cv-6428-KSH-CLW**

This matter comes before the Court on the motion for reconsideration (ECF No. 65) filed by Defendant and opposed (ECF No. 69) by Plaintiff. The parties' dispute centers on their competing interpretations of the conditions, if any, applicable to the admissions *pro hac vice* of three attorneys for Defendant. The Court admitted the attorneys via Order in accordance with Local Civil Rule 101.1 and subsequent to proceedings and motion practice before this Court. (ECF Nos. 47-49, 53, 55, 58, 64, 66.)

As evidenced by the appearance and substitution of attorney (ECF Nos. 67-68) and reply brief filed by Defendant (ECF No. 74), the attorney who moved for the *pro hac vice* admissions and who appeared on behalf of Defendant regarding the same no longer serves as counsel in this case. In light of this change in local counsel and cognizant of the critical role played by local counsel in relation to attorneys admitted *pro hac vice*—e.g., Local Rule 101.1(c)(4) provides that "[o]nly an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders[,]"—the Court finds it prudent to require that Defendant's current local counsel submit applications for admission *pro hac vice* in accordance with Local Civil Rule 101.1.

The Court, therefore, denies the motion for reconsideration (ECF No. 65) as moot, directs the Clerk to terminate the motion, and grants Defendant leave to file applications for admission *pro hac vice* consistent with this Order. The Court also directs the Clerk to waive or reimburse any fees already paid but otherwise required by Local Civil Rule 101.1(c) in connection with applying for admission *pro hac vice* in this matter.

SO ORDERED

Dated:    **June 2, 2016**

*s/Cathy L. Waldor*
**CATHY L. WALDOR**
**United States Magistrate Judge**